`IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

In re:

HARRISON, SHERRY LYN                    Case No. 05-32292

Debtor

**MOTION TO TRANSFER BALANCE TO REGISTRY FUND**

Comes now Norman E. Rouse, Trustee and states that there is on deposit in Chase Manhattan Bank to the credit of the above captioned estate, the sum of $254.12.

The sum of $254.12 is from funds that were returned to the trustee the check were never cashed.

Wherefore Norman E. Rouse, Trustee prays that this Court enter an order allowing-said trustee to pay to the Clerk of the United State Bankruptcy Court as provided by §347 of the Bankruptcy Code, the sum of $ 254.12 constituted by the following

| | |
|---|---|
| T Wireless | $ 62.53 |
| The Curators of the University | $ 91.03 |
| The CBE Group Inc. | $ 100.56 |
| Total | $ 254.12 |

/s/ Norman E. Rouse
Norman E. Rouse, Trustee